IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.                            NO. 4:12CR00159-01-DPM

LOVELY PARKER                                                       DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of bond (docket entry #32). For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Lovely Parker for appearance at a revocation hearing before United States Magistrate Judge Beth Deere on February 12, 2013, at 10:00 a.m. to show cause why her pre-trial release should not be revoked.

IT IS SO ORDERED this 29th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE